IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Mary G. Milliken, | ) | |
| | ) | C.A. No.: 1:07-115-RBH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| Rossie Reid; Aiken Barnwell Medical | ) | |
| Center, aka Poly Best Mental Center; | ) | |
| Barnwell County Probate Judge Branna | ) | |
| Woodward Williams; County of Barnwell, | ) | |
| State of South Carolina; Medical University | ) | |
| of South Carolina; Stephen McLoed-Bryant, | ) | |
| M.D.; Sagar Patel, M.D.; Philip Claytor, | ) | |
| M.D.; Barnwell County Hospital; Dorchester | ) | |
| County Probate Judge Provence; and | ) | |
| Verneida Hill, Esq., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

This matter is before the court for review of the Report and Recommendation of United

States Magistrate Judge Bristow Marchant, made in accordance with 28 U.S.C. § 636(b)(1)(B) and

Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation

has no presumptive weight. The responsibility to make a final determination remains with this

court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making

a de novo determination of those portions of the Report and Recommendation to which specific

objection is made, and the court may accept, reject, or modify, in whole or in part, the recommen-

dation of the Magistrate Judge or recommit the matter with instructions.  See 28 U.S.C.

§ 636(b)(1).

The Plaintiff filed no objections to the Report and Recommendation.  In the absence of

objections to the Report and Recommendation of the Magistrate Judge, this court is not required

to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199

(4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the

court adopts Magistrate Judge Marchant's Report and Recommendation and incorporates it herein.

It is therefore

**ORDERED** that the complaint in this case is hereby dismissed without prejudice and

without issuance and service of process.

**IT IS SO ORDERED.**

                                            S/ R. Bryan Harwell
                                            R. Bryan Harwell
                                            United States District Judge

Florence,  South Carolina
February 20,  2007